RENDA MARINE, INC.,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2006–5127.

United States Court of Appeals,
Federal Circuit.

Dec. 6, 2006.

*ORDER*

Renda Marine, Inc. moves without opposition for reconsideration of the court's order of November 16, 2006 dismissing the notice of appeal.

Renda Marine, Inc. also moves for an extension of time, until December 15, 2006, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The order of dismissal and the mandate are vacated and recalled, and the notice of appeal is reinstated.

(2) The motion for an extension of time is granted. The brief is due on or before December 15, 2006.

BOARD OF COUNTY COMMISSION-
ERS OF SEDGWICK COUNTY,
KANSAS, Plaintiff,

v.

CKR REALTY, LLC, Department of Revenue State of Kansas, Stowell Family Limited Partnership III, United States, and Bernard Conrardy, Defendants,

and

Mason L. Wilson, Defendant–Appellant.

No. 2007–1025.

United States Court of Appeals,
Federal Circuit.

Dec. 6, 2006.

Mason L. Wilson, pro se.

*ORDER*

On October 30, 2006 the court issued an order allowing Mason L. Wilson ("Wilson") 21 days to object to the transfer of this case to the United States Court of Appeals for the Tenth Circuit. Wilson has not filed an objection.

Accordingly,

IT IS ORDERED THAT:

(1) This case is transferred to the United States Court of Appeals for the Tenth Circuit.

(2) Each side shall bear its own costs.